UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL RAY ROBINSON,

        Plaintiff,                Case No. 1:09-cv-406

v.                                Honorable Paul L. Maloney

COUNTY OF CALVERT et al.,

        Defendants.
_____/

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

        This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal (docket #13), which the Court construes as a motion to dismiss the complaint. Plaintiff's motion is GRANTED and his case is dismissed without prejudice. Plaintiff shall remain liable for payment of the filing fee. *See McGore v. Wrigglesworth*, 114 F.3d 601, 607 (6th Cir. 1997); *In re Alea*, 286 F.3d 378, 380-81 (6th Cir. 2002).

        A Judgment consistent with this Order will be entered.


Dated:   September 28, 2009          /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge