UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MICHAEL RAY ROBINSON,

    Plaintiff,    Case No. 1:09-cv-406

v.            Honorable Paul L. Maloney

COUNTY OF CALVERT et al.,

    Defendants.
_____/

## **JUDGMENT**

  In accordance with the Order filed this date:

  IT IS ORDERED that Plaintiff's action is dismissed without prejudice.


Dated: September 28, 2009    /s/ Paul L. Maloney
                   Paul L. Maloney
                   Chief United States District Judge